# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JOSEPH TASSONE,

        Plaintiff,

vs.                                                 Case No. 3:11-cv-1271-J-32TEM

LIFE CARE ST. JOHNS, INC,

        Defendant.

## ORDER

This case is before the Court on the parties' Joint Motion for Dismissal with Prejudice (Doc. 18).

Accordingly, it is hereby

**ORDERED**:

The parties' Joint Motion for Dismissal with Prejudice (Doc. 18) is **GRANTED**. This case is dismissed with prejudice, each party to bear their own costs and attorneys' fees. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of April, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

counsel of record